JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 628783)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    chad.mandell@usdoj.gov

Attorneys for the United States,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EFRAIN RODRIGUEZ,<br><br>        Defendants. | No. CR 08-00925 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday May 11, 2009 may be continued to Monday June 8, 2009, at 1:30 a.m. The reason for the requested continuance is to permit the parties to continue settlement negotiations, and for the parties to continuing their respective negotiations into whether the defendant qualifies under the "safety valve" provision of U.S.S.G. §5C1.2(a)(1).

The parties further stipulate and agree that the time between May 11, 2009 and June 8, 2009, may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May 7, 2009

s/_____
RUBEN T. MUNOZ
Counsel for Mr. Levya-Pacheco

Dated: May 7, 2009

s/_____
CHAD MANDELL
Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of May 11, 2009 shall be continued to June 8, 2009 at 1:30 p.m.

It is further ordered that the time between May 11, 2009 and June 8, 2009 shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: May  8 , 2009

_____
JAMES WARE
United States District Judge