1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 628783)
   Special Assistant United States Attorney
5
        150 South Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       Facsimile: (408) 535-5066
        chad.mandell@usdoj.gov
8
   Attorneys for the United States,
9

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA,        )  No. CR 08-00925 JW
                                    )
15          Plaintiff,               )
                                    )  STIPULATION AND [PROPOSED]
16 vs.                              )  ORDER CONTINUING HEARING
                                    )
17 EFRAIN RODRIGUEZ,                )
                                    )
18          Defendants.              )
   _____  )
19

20                    **STIPULATION**

21     The parties, by and through their respective counsel, hereby stipulate and agree that the

22 status hearing currently set for August 17, 2009, may be continued to September 21, 2009, at

23 1:30 a.m.  The reason for the requested continuance is to permit the parties to continue settlement

24 negotiations and investigation into whether the defendant qualifies under the "safety valve"

25 provision of U.S.S.G. §5C1.2(a)(1).

26

   Stipulation and [Proposed] Order Continuing
   Hearing, CR 08-00925 JW                    1

1  The parties further stipulate and agree that the time between August 17, 2009 and
2  September 21, 2009, may be excluded from the time within which trial shall commence, as
3  reasonable time necessary for effective preparation of counsel, taking into account the exercise of
4  due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 13, 2009

s/_____
RUBEN T. MUNOZ
Counsel for Mr. Efrain Rodriguez

Dated: August 13, 2009

s/_____
CHAD MANDELL
Assistant United States Attorney

**[PROPOSED] ORDER**

14  Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
15  hearing of August 17, 2009 shall be continued to September 21, 2009 at 1:30 a.m.
16  It is further ordered that the time between August 17, 2009 and September 21, 2009 shall
17  be excluded from the time within which trial shall commence under the Speedy Trial Act, as the
18  reasonable time necessary for effective preparation and continuity of counsel, taking into account
19  the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and
20  (h)(8)(B)(iv).

Dated: August 13, 2009

_____
JAMES WARE
United States District Judge