JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 628783)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    chad.mandell@usdoj.gov

Attorneys for the United States,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-00925 JW |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING HEARING |
| EFRAIN RODRIGUEZ, | ) |
| Defendants. | ) |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, September 21, 2009, shall be continued to Monday, October 26, 2009, at 1:30 p.m., before the Honorable James Ware, United States District Judge. The reason for the requested continuance is to permit the parties to continue settlement negotiations and investigate whether the defendant qualifies under the "safety valve" provision of

1  U.S.S.G. §5C1.2(a)(1).

2      The parties further stipulate and agree that the time until October 26, 2009, shall be

3  excluded from the time within which trial shall commence, as reasonable time necessary for

4  effective preparation of counsel, taking into account the exercise of due diligence, pursuant to

5  Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: September 17, 2009

                  s/_____
                  RUBEN T. MUNOZ
                  Counsel for Mr. Efrain Rodriguez

Dated: September 17, 2009

                  s/_____
                  CHAD MANDELL
                  Assistant United States Attorney

## [~~PROPOSED~~] ORDER

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of September 21, 2009 shall be continued to October 26, 2009 at 1:30 p.m.

    It is further ordered that the time until October 26, 2009 shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

This is the parties' final continuance without appearing on the record. Further continuances shall be made on the record.

Dated: September  17 , 2009

                  _/s/ James Ware_
                  JAMES WARE
                  United States District Judge