JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   Fax: (408) 535-5066
   Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED* — Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.: CR 08–00925-JW |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF |
| v. | ) SENTENCING HEARING |
| EFRAIN RODRIGUEZ, | ) |
| Defendant. | ) |

    The United States, through its counsel Jeffrey Nedrow, and defendant Efrain Rodriguez, through his counsel Ruben Munoz, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for March 1, 2010 to May 10, 2010 at 1:30 p.m.

    The parties agree that the following reasons exist for this continuance:

    The prior prosecutor on this matter, SAUSA Chad Mandell, has left the U.S. Attorney's Office. This case has been reassigned to AUSA Jeff Nedrow. AUSA Nedrow is familiarizing himself with the file, and recently provided materials to the Probation Office for its use in preparing the Presentence Report in this case. As a consequence of the U.S. Attorney's Office delay in forwarding materials to the Probation Office, preparation of the Presentence Report has been delayed. Accordingly, a continuance is requested to ensure that the Probation Office has adequate time to prepare the Presentence Report and the newly assigned AUSA is prepared to

STIPULATION RE: CONTINUANCE
CR 08-00925-JW                    1

1  handle the sentencing hearing.  The government has notified the Probation Officer of this
2  requested continuance, and the Probation Officer is available to proceed on May 10, 2010.
3
4                                            Respectfully submitted,
5
6  February 23, 2010                     _____/s/_____
                                         RUBEN MUNOZ
7                                        Counsel for Efrain Rodriguez
8
   February 23, 2010
9                                        _____/s/_____
                                         JEFFREY D. NEDROW
10                                       Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 08-00925-JW                                    2

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08–00925-JW |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| EFRAIN RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from March 1, 2010 to May 10, 2010 at 1:30 p.m.  This is the parties final request for continuance.

DATED: February 25, 2010

_____
JAMES WARE
United States District Judge

STIPULATION RE: CONTINUANCE
CR 08-00925-JW                                    3