1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JEFFREY D. NEDROW (CASBN 161299)
    Assistant United States Attorney
5
    150 Almaden Blvd., Suite 900
6   San Jose, California 95113
    Telephone: (408) 535-5054
7   Facsimile: (408) 535-5066
    Email:    Jeff.Nedrow@usdoj.gov
8
9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )    CR 08-00925-JW
                                     )
14              Plaintiff,           )
                                     )    STIPULATION TO CONTINUE
15        v.                         )    SENTENCING AND [PROPOSED]
                                     )    ORDER
16  EFRAIN RODRIGUEZ,                )
                                     )
17              Defendant.           )
                                     )
18  _____)

19

20       The United States, through its counsel Jeffrey Nedrow, and defendant Efrain Rodriguez,

21  through his counsel Ruben Munoz, hereby agree and stipulate to a continuance of the sentencing

22  hearing in this case presently scheduled for Monday, June 21, 2010 at 1:30 p.m. to Monday,

23  August 30, 2010 at 1:30 p.m. before this Court.   The reason for the continuance is that counsel

24  for defendant Rodriguez is unavailable on Monday, June 21, 2010 as a consequence of a state

25  proceeding for which his attendance is required.

26  //

27  //

28

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

1    The Probation Officer assigned to this matter has been notified regarding this requested

2    continuance.

3

4    It is so stipulated.

5                                                    Respectfully submitted,

6                                                    JOSEPH P. RUSSONIELLO
                                                     UNITED STATES ATTORNEY
7

8    June 15, 2010                          _____/s/_____
                                                     JEFFREY D. NEDROW
9                                                    Assistant U.S. Attorney

10   June 15, 2010                          _____/s/_____
                                                     RUBEN MUNOZ
11                                                   Attorney for Efrain Rodriguez

12                                          **ORDER**

13

14   Based on the stipulation of the parties and the facts set forth herein, good cause

15   appearing,

16   IT IS HEREBY ORDERED that defendant's sentencing hearing in this case presently

17   scheduled for June 21, 2010 is vacated.  The sentencing hearing is continued to Monday, **July**

18   **19, 2010** at 1:30 p.m. before this Court.

19   Dated this ___17th___ day of June, 2010.

20

21                                          _____

22                                          JAMES WARE
                                            United States District Judge

23

24

25

26

27

28

                                            2