JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant Efrain Rodriguez

*DENIED*
*Judge James Ware*
12/2/2010

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>EFRAIN RODRIGUEZ,  )<br>  )<br>    Defendant.  )<br>_____ ) | CASE NO.   CR 08-00925-1 JW<br><br>STIPULATION TO REQUEST CONTINUANCE OF SENTENCING HEARING & PROPOSED ORDER.<br><br>Date:     December 6, 2010<br>Time:    1:30 p.m.<br>Judge:   Hon. James Ware |

At Defendant Efrain Rodriguez' counsel's request, the parties hereby stipulate to jointly request that the Court continue the sentencing hearing on this matter from December 6, 2010, at 1:30 p.m. to January 10, 2011 at 1:30 p.m.  Defendant Rodriguez and his counsel are making this request because they need more time to investigate sentencing factors available to Mr. Rodriguez.  Specifically, the defense has been trying (without success, so far) to locate a witness who can help explain the context and scope of Mr. Rodriguez' drug involvement.  This context is important in that Mr. Rodriguez is seeking a variance from the sentencing guidelines on the basis, among other reasons/factors, that his addiction proximately caused his limited involvement as a drug dealer.

Jeff Nedrow, the AUSA in charge of this case, does not object to the continuance and

1  joins in this stipulation. Probation Officer Benjamin Flores has also advised that he is
2  available on January 10, 2011.

6  DATED: December 1, 2010
7  /S/
   JERRY Y. FONG, for Defendant
   EFRAIN RODRIGUEZ

11 DATED: December 1, 2010
   /S/
   JEFFREY NEDROW, AUSA

## ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing shall remain on calendar for December 6, 2010 at 1:30 PM.

DATED: December 2, 2010

DENIED
*James Ware*
Judge James Ware

JUDGE OF THE UNITED STATES
DISTRICT COURT